MARIA C. BERRY, Respondent, *v.* JOHN M. PULVER, Appellant.

JOHN C. BERRY, Respondent, *v.* JOHN M. PULVER, Appellant.

*Negligence — recovery by occupants of buggy struck by automobile from behind while turning to enter driveway.*

*Berry* v. *Pulver* (2 cases), 183 App. Div. 922, affirmed.
(Argued December 8, 1920; decided December 31, 1920.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 13, 1918, affirming a judgment in favor of plaintiff entered upon a verdict. The actions were to recover for personal injuries alleged to have been sustained by plaintiffs through the negligence of defendant. Plaintiffs, husband and wife, while driving in a buggy and turning to enter the drive-

way to their home were struck from behind by defendant's automobile and received the injuries complained of.

*John Colmey* and *Spencer F. Lincoln* for appellant.

*N. D. Lapham* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.